IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY COLEMAN, ) | No. C 11-6290 LHK (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| ERICA ULSHOEFFER and ANDRE COMBS, ) | |
| Defendants. ) | |

Plaintiff, an inmate at San Mateo County Jail, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On April 9, 2012, the Court dismissed his complaint with leave to amend.  In the order, the Court directed Plaintiff to file an amended complaint within thirty days, directing Plaintiff to set forth facts sufficient to demonstrate that Defendants violated Plaintiff's federal rights, and that Defendants were acting under the color of state law.

More than thirty days have passed, and Plaintiff has not filed his amended complaint, nor has he otherwise communicated with the Court.  Accordingly, the instant action is DISMISSED without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED:  5/22/12

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.11\Coleman290dis2.wpd