IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY RAY COLEMAN,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ERICA ULSHOEFFER and ANDRE  )<br>COMBS,  )<br>  )<br>Defendants.  )<br>_____ ) | No. C 11-6290 LHK (PR)<br><br>JUDGMENT |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/22/12

_____
LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.11\Coleman290jud.wpd