1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  TERRY RAY COLEMAN,                    )          No. C 11-6290 LHK (PR)
                                          )
        Plaintiff,                        )          JUDGMENT
12                                        )
    v.                                    )
13                                        )
    ERICA ULSHOEFFER and ANDRE            )
14  COMBS,                                )
                                          )
15      Defendants.                       )
                                          )
16  _____

17        The Court has dismissed the instant action.  A judgment of dismissal without prejudice is

18  entered.  The Clerk shall close the file.

19        IT IS SO ORDERED.

20  DATED: ___5/22/12___                      _Lucy H. Koh_____
                                              LUCY H. KOH
21                                            United States District Judge

22

23

24

25

26

27

28